# SPECIAL EVENT PROCEDURES
## City Hall Plaza

**DEFINITIONS.**
The following words and terms, when used in the Section, shall have the following meanings, unless the context clearly indicates otherwise:
- A. CITY HALL PLAZA constitutes the area extending west-to-east from the front steps of City Hall to the western edge of Main Street sidewalk and south-to-north between the outer edges of the City property bordering the sides of City Hall.
- B. EXHIBIT. Any display of artwork, including but not limited to, paintings, sculptures, arts and crafts, photographs, public service and educational presentations, and historical displays.
- C. EVENT. Any performance, ceremony, presentation, meeting, rally or reception held in the City Hall Plaza. A rally is defined as a gathering of people for the purpose of actively promoting a cause.

**GENERAL.**
- A. Events, exhibits or gatherings in City Hall Plaza, which may extend onto the Main Street sidewalk in front of City Hall, shall obtain a license to obstruct or encumber that sidewalk from the Division of Public Works in accordance with NRO Sec. 285-9.
- B. See also NRO Sec. 1-12 and 231, General *Penalty, Dissemination of noncommercial materials on public property; related solicitation* and *Distribution and posting of handbills, fliers, etc.*

**ADMINISTRATION.**
The Risk Manager, or designee, shall supervise the administration of procedures for the scheduling and use of City Hall Plaza and shall perform such other duties as may be imposed by ordinance, Mayor or Board of Aldermen.

**LOITERING AS TO OBSTRUCT PASSAGE.**
- A. No person shall stand or loiter in or on City Hall Plaza in such a manner as to obstruct the free passage of the public nor shall any such person, after being directed by a police officer to move on and disperse, on a same or subsequent day, reappear to loiter or remain so as to obstruct the free passage of the public; provided, that nothing contained in this section shall be construed to deny the right of peaceful picketing.
- B. It shall be the duty of any police officer of the City to order any person offending against the provisions of this section to move on and disperse and if the person(s) so ordered or requested do not forthwith obey, to remove them, or to cause a complaint to be made against such person(s).

**REQUEST FOR USE OF FACILITIES.**
Requests to schedule events or exhibits in City Hall Plaza shall be made to the Risk Manager or designee and will be scheduled, when practicable, on a first-come, first-served basis determined by the Risk Manager.
- A. No single organization or agency shall monopolize the use of City Hall Plaza.
- B. All requests must be submitted at least ten (10) calendar days prior to an event.
- C. The Special Event Application (SEACH2022) should be completed in its entirety and shall be subject to review and approval of the Risk Manager. The Risk Manager reserves the right to decline any non-compliant application for use of a public area for a given day or time period. The Applicant is to be notified as soon as a decision has been made.
- D. Any and all events may be subject to cancellation, rescheduling or relocation by the Risk Manager on a forty-eight (48) hours' notice as necessary to accommodate the needs of the City's governing body to hold public gatherings. The Risk Manager shall make every effort to reschedule use of City Hall Plaza by the applicant for any time lost.
- E. In order to schedule an event, a sponsor will be required to sign the Special Event Application acknowledging that the sponsor has read, understood and will abide by the procedures governing

      the use of the public areas of City Hall Plaza; that the sponsor is responsible for damages incurred as a result of its event; that the sponsor will either restore or pay to have restored the area used for its event to the condition that existed prior to its use; and that it will indemnify and hold harmless the City of Nashua for any damage or loss arising out of its use of City Hall Plaza.

    F. A sponsor may be required to provide a certificate of insurance issued by an insurance company licensed to do business in the State of New Hampshire, protecting the sponsor and the City from all claims for damages to property and bodily injury, which may arise from operations under or in connection with the event or exhibit.  Such certificate of insurance shall be reviewed and approved by the Risk Manager.

    G. A person or organization that refuses to adhere to the conditions outlined herein is subject to immediate removal from City Hall Plaza by the Risk Manager or Nashua Police Department. Nothing contained herein shall be construed as limiting prosecution under any statute or ordinance.

**REQUEST FOR USE OF THE CITY FLAG POLE.**
Requests to fly a flag shall be made to the Risk Manager or designee and will be evaluated in accordance with the City's flag pole policy.  Applications shall include a photograph of the flag proposed and an explanation of the message intended to be conveyed. No single organization or agency shall monopolize the City flag pole.

    A. The Special Event Application (SEACH2022) should be completed in its entirety and shall be subject to review and approval of the Risk Manager.  The Risk Manager reserves the right to decline any non-compliant application for use of the City flag pole for a given day or time period. The Applicant is to be notified as soon as a decision has been made.

    B. Any and all requests may be subject to cancellation, rescheduling or relocation by the Risk Manager on a forty-eight (48) hours' notice as necessary to accommodate the needs of the City's governing body.  The Risk Manager shall make every effort to reschedule use of the City flag pole by the applicant for any time lost.

**CONDITIONS.**

    A. In order to maintain security, safety and aesthetic appearance of City Hall and its grounds, and to provide for regular maintenance, scheduled events at City Hall Plaza shall occur between the hours of 7:00 a.m. and 9:30 p.m. on a daily basis, and shall at no time block any entrance or exit of the building, or impede free access to the building by its occupants or the public.

    **B.** No banners may be suspended from or attached to City Hall.

    **C.** Stepping or climbing upon granite benches, monuments, fences, lighting fixtures, light wells, trees or parts of City Hall not intended for such purposes is prohibited.

    **D.** In accordance with NRO Sec. 19-1 (g) (1), picketing and the distribution of literature shall not impeded or interfere with municipal business or public access to the use of City Hall.  "An unobstructed pathway at least ten (10) feet in width shall be maintained from the foot of the stairway…to the east of the Kennedy Memorial…" during hours that City Hall is open for business.

    **E.** Due to the presence of underground utility, electrical and drainage lines, no sign or banner shall be driven into the ground nor shall they be supported in or by any tree, monument, or other structure affixed to City Hall.  Signs or banners supported by freestanding devices may not be left unattended, i.e.; an individual must be stationed within two feet of a freestanding sign or banner at all times to prevent damage to the grounds, injury to individuals and for security reasons.

    **F.** Use of City Hall Plaza by an individual or organization for an event or exhibit is authorized only if the event or exhibit has been scheduled with the Risk Manager in accordance with the procedures described herein.

    **G.** Equipment or structures of any kind that are placed on City Hall grounds in connection with an event or exhibit shall be entirely removed at the conclusion of the event or exhibit.

    **H.** No sound amplifying equipment may be used if sound level interferes with the conduct of public business by the departments which occupy or use City Hall or which otherwise interferes with or disrupts the comfort of nearby residents or businesses.

**APPEAL**
If a person or organization is aggrieved by a decision of the Risk Manager, an appeal may be made to the Mayor or designee(s) within three (3) business days of that decision.  The appeal shall be in writing, stating the basis therefore and the relief sought.  The Mayor or designee(s) will review the decision of the Risk Manager and announce its decision as promptly as possible, but no later than ten (10) business days after receipt of the appeal.

2

SEACH2022