**Jan Schmidt**
October 10, 2020



Nashua : A pole in front of City Hall is reserved for the citizens of Nashua to fly a flag in support of their cultural heritage, observe an anniversary or honor a special accomplishment.
Beth's hate flag does not fit any of these requirements.

30           90 comments   1 share

👍 Like                        💬 Comment