*Exhibit I*

From: **Sennott, Timothy** <sennottt@nashuanh.gov>
Date: Sun, Jun 16, 2024 at 11:01 AM
Subject: Re: Pine Tree Flag
To: Beth Scaer <bscaer@gmail.com>

Good morning Beth,

I apologize if my comments let you down. I hope that you'll recognize that, at the very least, I was not attempting to lump you in with the individuals that made those threats. I've known you casually for some time now, and please know that I do not perceive you to be a violent person. To the best of my understanding, this is a program operated out of the Mayor's office. To date, I have not been consulted and/or included in any decision making regarding the city flag pole. I've been taking some time recently to review the oft-referenced case out of Boston and that city's moves in light of that decision to try and better grasp what Nashua may be able to do more effectively in that regard.

Thank you for the wealth of links. I have been actively following the matter, but I will review these to see if there is anything I've missed. As I noted on Tuesday, I do understand the importance of historic symbols to folks today (my late grandfather was an active and well-known member of an American Revolution reenactment group out of Arlington, MA and so I'm quite familiar with both the Battle of Bunker Hill and the history of this flag), and I think it's unfortunate that the current temperature throughout the world allows these historical symbols to become so polarized in any fashion.

Thanks for reaching out, and have a great rest of the weekend.

Best,

Tim Sennott | Alderman, Ward 7

62 Underhill St.

Nashua, NH 03060

(603) 347-8971 | sennottt@nashuanh.gov<mailto:sennottt@nashuanh.gov>

_____

From: Beth Scaer <bscaer@gmail.com>
Sent: Friday, June 14, 2024 10:24:46 PM
To: Sennott, Timothy
Cc: Board of Aldermen; Mayors Office Email
Subject: Pine Tree Flag


CAUTION: This email came from outside of the organization. Do not click links/open attachments if the source is unknown.


Alderman Sennott,

I watched the last BOA meeting<https://www.youtube.com/watch?v=vy_5-rSU7cM&t=2925s> and I was disappointed that you exclusively focused on the violent threats against the city staff member, which are despicable, but passed over the very critical First Amendment issues concerning my flag request. I hope the city can be better and that the city grants permission for me to fly the Pine Tree Flag on the city flag pole. Why is the relatively modern Pride flag allowed and not the historic Pine Tree Flag that dates back to the founding of our nation?

Here are some links if you would like to catch up on the news coverage of the city's denial of my flag request:

https://nhjournal.com/nashua-says-no-to-displaying-historic-n-h-pine-tree-flag/<https://nhjournal.com/nashua-says-no-to-displaying-historic-n-h-pine-tree-flag/>
https://nhjournal.com/mayor-donchess-rejects-appeal-wont-let-pine-tree-flag-fly-in-nashua/<https://nhjournal.com/mayor-donchess-rejects-appeal-wont-let-pine-tree-flag-fly-in-nashua/>
https://nhjournal.com/libertarians-gather-to-protest-nashuas-pine-tree-flag-ban/<https://nhjournal.com/libertarians-gather-to-protest-nashuas-pine-tree-flag-ban/>
https://www.unionleader.com/nashua/libertarians-stage-city-hall-protest-of-mayors-decision-against-flying-pine-tree-flag/article_887f2dff-0e60-5fb8-87ea-dcfbd1eeb1de.html<https://www.unionleader.com/nashua/libertarians-stage-city-hall-protest-of-mayors-decision-against-flying-pine-tree-flag/article_887f2dff-0e60-5fb8-87ea-dcfbd1eeb1de.html>
https://nhjournal.com/activist-who-won-2-1m-in-boston-flag-flap-warns-nashua-get-ready-to-pay-up/<https://nhjournal.com/activist-who-won-2-1m-in-boston-flag-flap-warns-nashua-get-ready-to-pay-up/>