**Exhibit K**





