

# Citizen Flag Pole

## Fly a Flag

A pole in front of City Hall is reserved for the citizens of Nashua to fly a flag in support of their cultural heritage, observe an anniversary or honor a special accomplishment. Any group wishing to fly a flag must provide the flag.

## For More Information

For more information, please contact the Risk Management office at 603-589-3350.



Mayor Donchess and Lion Kamal raising the Lion Flag for the centennial of the Lions June 7, 1917 - June 7, 2017. Nashua Lions have been a club in Nashua since 1923!!

## Contact Us

**Mayor's Office**

NashuaMayor@NashuaNH.gov

Enable Google Translate

**Physical Address**
229 Main Street
Nashua, NH 03060

**Mailing Address**
P.O. Box 2019
Nashua, NH 03061

Phone: 603-589-3260

Fax: 603-594-3450

**City Hall offices are closed to the public but all transactions are being processed.**

* * * *

View a List of City Services Available Online, by Phone, Drop Box, Mail, or In-Person

* * * *

Directory

Government Websites by CivicPlus®

Enable Google Translate