Case 1:24-cv-00277-LM-TSM    Document 2-4    Filed 09/06/24    Page 1 of 5

**Exhibit B**



# City Hall Plaza & Flag Pole Events

## City Hall Plaza Events



The plaza in front of City Hall may be provided for use by persons or group to have an event. This potential use of the City Hall Plaza is not intended to serve as a forum for free expression by the public. Any message sought to be permitted will be allowed only if it is in harmony with city policies and messages that the city wishes to express and endorse. This policy recognizes that an event in front of City Hall will be deemed by many as City support for the sentiment thereby expressed, city administration reserves the right to deny permission it considers contrary to the City's best interest. All City Hall Plaza Events must be submitted for approval and follow all guidelines and procedures provided below.

Mayor Donchess and Lion Kamal raising the Lion Flag for the centennial of the Lions June 7, 1917 - June 7, 2017. Nashua Lions have been a club in Nashua since 1923!!

## Fly a Flag

A flag pole in front of City Hall may be provided for use by persons to fly a flag in support of cultural heritage, observe an anniversary, honor a special accomplishment, or support a worthy cause. Any group wishing to fly a flag must provide the flag. This potential use of a City flag pole is not intended to serve as a forum for free expression by the public. Any message sought to be

Enable Google Translate

Enable Google Translate

permitted will be allowed only if it is in harmony with city policies and messages that the city wishes to express and endorse. This policy recognizes that a flag flown in front of City Hall will be deemed by many as City support for the sentiment thereby expressed, city administration reserves the right to deny permission or remove any flag it considers contrary to the City's best interest.

## For More Information

For more information, please contact the Risk Management office at 603-589-3350.

- 2022_SPECIAL EVENT APPLICATION

- 2022_SPECIAL EVENT PROCEDURES

- 20220511 Flag Pole Policy

## Contact Us

**Risk Management**

**Physical Address**

229 Main Street
Nashua, NH 03060

**Mailing Address**

P.O. Box 2019
Nashua, NH 03061

Phone: 603-589-3350

Fax: 603-589-3359

Enable Google Translate

Directory

**Government Websites by CivicPlus®**

Enable Google Translate