**Exhibit F**

Jan Schmidt

October 10, 2020 · 🌐

Nashua : A pole in front of City Hall is reserved for the citizens of Nashua to fly a flag in support of their cultural heritage, observe an anniversary or honor a special accomplishment.
Beth's hate flag does not fit any of these requirements.

 30

90 comments   1 share

👍 Like                      💬 Comment