# SPECIAL EVENT APPLICATION
## City Hall Plaza

Complete the application in its entirety. Submit the application along with any additional requirements at least ten (10) calendar days prior to the event · City of Nashua, Risk Management Department, 229 Main Street, Nashua NH  03061, fax to 603-589-3359 or Risk@NashuaNH.gov.

If applicable, applicant must submit a certificate of insurance naming the City of Nashua as the certificate holder and as an additional insured; reflecting $1,000,000/$2,000,000 general liability insurance.

If applicable, contact the Permits Coordinator, 603-589-3276, to obtain a Permit to Encumber. Any applicant that would like to place an obstruction in the City right-of-way (sidewalk abutting the plaza) will need to obtain a Permit to Encumber. This includes signage, materials or participants.

1. Organization: **Stephen Scaer**
2. Address: **111 East Hobart Street**
3. Contact Name: **Stephen Scaer**    Contact Number: **603 888 5487**
4. Name of Event: **Detransitioner Awareness Day**
5. Requested Date(s) of Event: **3-9-24**    Requested Time(s) of Event: **11 a m**

Event Details *(Please include approximate number of attendees, whether or not sidewalk will be utilized and additional details that may be pertinent to the event) If your request is to have a flag flown, but with no ceremony, please indicate as such below.*

I expect to have about five attendees as we raise the detransitioner awareness flag. We don't need the sidewalk. The flag has a lizard symbol since lizards can lose a part of their bodies and survive.

### OBSERVANCE OF LAWS AND ORDINANCES
The undersigned shall faithfully observe, keep and obey all terms and conditions of the permit, laws, rules and ordinances of the City of Nashua. The undersigned shall also faithfully observe, keep and obey all laws, rules and regulations of any other governmental entity including, State and federal regulations which may apply.

### INDEMNIFICATION
The undersigned shall have the power to act on behalf of the organization. The undersigned shall save and protect, hold harmless, indemnify and defend the City, its commissions, officers, agents, and employees against any and all liability, causes of action, claims, loss damages or cost and expenses arising from, allegedly arising from, or resulting directly or indirectly from any acts of the applicant or any of its officers, employees, or agents done in the performance or operations of the event, or any act done under pretended authority of this application. This agreement to indemnify and hold the City harmless shall include any costs incurred by the City in defending any action involving an act by the applicant or any of its officers, employees, or agents, and shall include attorney's fees incurred by the City.

I certify that the answers given herein are true and complete to the best of my knowledge, and I have not omitted any information. I further understand the conditions herein. False, misleading, or omitted information in my application form may disqualify the organization from holding this event.

Signature: *[signed]*    Date: **2-7-24**

*(For insurance purposes; signed application serves as a contractual obligation in regards to naming the City of Nashua as an additional insured)*

SEACH2022



# City of Nashua

Risk Management Department
229 Main Street - Nashua, NH 03060

Jennifer L Deshaies
Risk Manager

603-589-3350
Fax 603 589-3359

February 14, 2024

Mr. Stephen Scaer
11 East Hobart Street
Nashua NH  03060

RE:    FLAG POLE REQUEST

Mr. Scaer:

We have reviewed your application dated February 7, 2024, requesting to fly the Detransitioner Awareness Flag on a City Plaza flag pole. The flag is not in harmony with the message that the City wishes to express and endorse. Therefore, we must deny your request as the flag poles are not intended to serve as a forum for free expression by the public.

Attached please find our Flag Pole Policy and Special Event Procedures for the City Hall Plaza that can also be found on the Risk Management page of the City website.

If you wish to appeal this decision it may be made to the Mayor's office within three business days of after receiving our decision. The appeal shall be in writing, stating the basis therefore and relief sought. The Mayor's office will review our decision and announce its decision as promptly as possible, but no later than ten business days after receipt of the appeal.

Sincerely,

*[signature]*

Jennifer L. Deshaies
Risk Management


Encl.
SPECIAL EVENT APPLICATION City Hall Plaza
FLAG POLE POLICY
SPECIAL EVENT PROCEDURES City Hall Plaza

Cc:    Megan Caron, Chief of Staff
       Attorney Steve Bolton, Corporation Counsel
       Tim Cummings, Administrative Services Director

Stephen Scaer
111 East Hobart Street
Nashua, NH 03060

Jim Donchess, Mayor
City of Nashua 299 Main Street
Nashua, NH 03060

February 22, 2022

Dear Mayor Donchess:

In accordance with the letter from Jennifer Deschaies, I am appealing the city administration's decision to deny my request to raise the Detransition Awareness Flag on the City Plaza flag pole in honor of Detransition Awareness Day March 12. Detransitioners like my friend Katie Anderson, who works and worships in Nashua, are among the bravest young women and men I know, and deserve to be respected. They endure ridicule death and rape threats to keep others from permanent harm. How is their message of love and caring not in harmony with the message that the City wishes to express?

Please reconsider your decision and acknowledge the existence of these brave women and men who face hatred and discrimination.

Sincerely,


Stephen Scaer

# Jim Donchess
MAYOR · CITY OF NASHUA

March 4, 2024
Mr. Stephen Scaer
11 East Hobart Street
Nashua, NH 03060

Dear Mr. Scaer:

My office has received your letter appealing the decision to deny your request to fly the Detransitioner Awareness flag on the City Hall flag pole.

Upon further review of your letter and the City's flag pole policy, this decision is upheld.

Sincerely,

*[signature]*

Jim Donchess, Mayor
City of Nashua

229 Main Street • PO Box 2019 • Nashua, New Hampshire 03061-2019
603.589.3260 • fax 603.594.3450 • NashuaMayor@NashuaNH.gov
www.NashuaNH.gov