UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| BETHANY R. SCAER and STEPHEN SCAER, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF NASHUA, a municipal corporation; JAMES W. DONCHESS, Mayor, City of Nashua, in his official and individual capacities; JENNIFER L. DESHAIES, Risk Manager, City of Nashua, in her official and individual capacities, <br><br> Defendants. | Case No. |

Pursuant to Local Rule 83.2(b), I, Roy S. McCandless, hereby move this Court for an Order for the admission of Endel Kolde to practice *pro hac vice* for the purpose of representing plaintiffs Bethany R. Scaer and Stephen Scaer in the above-captioned action. In support of this motion, the undersigned states as follows:

1. The undersigned attorney, Roy S. McCandless, is a member in good standing of the bars of the State of New Hampshire and this Court, has appeared in this matter on behalf of plaintiffs, and will continue to represent plaintiffs in this matter if this motion is granted.

2. The undersigned attorney, Roy S. McCandless, shall at all times be actively associated with Endel Kolde in this action.

3. The Declaration of Endel Kolde is attached in support of this motion pursuant to LR 83.2(b)(1)

4. This motion will be accompanied by payment of the fee required for admission.

WHEREFORE, Roy S. McCandless, counsel for plaintiffs Bethany R. Scaer and Stephen Scaer, respectfully requests that this Court admit Endel Kolde to practice before this Court *pro hac vice* as counsel for plaintiffs in this action.

Dated: September 5, 2024  Respectfully submitted,

By: /s/*Roy S. McCandless*
Roy S. McCandless
New Hampshire Bar No. 11850
ROY S. MCCANDLESS, ESQ., PLLC
125 North State Street
Concord, New Hampshire 03301
Tel: (603) 841-3671, Ext. 101
Fax: (603) 513-2799
roysmccandless@gmail.com

*Counsel for Plaintiffs*