UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| BETHANY R. SCAER and STEPHEN SCAER, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF NASHUA, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-277-LM-TSM |

**NOTICE OF APPEARANCE**

Nathan J. Ristuccia of the law firm the Institute for Free Speech files this notice of appearance as counsel for Plaintiffs and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Plaintiffs, and requests CM/ECF notifications of filings in this case.

Dated: September 6, 2024

Respectfully submitted,

/s/ Nathan J. Ristuccia
Nathan J. Ristuccia*†
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW, Suite 801
Washington, D.C. 20036
(202) 301-3300
nristuccia@ifs.org

*Pro hac vice*

*Counsel for Plaintiff*

---

† Not a D.C. Bar Member but providing legal services in the District of Columbia exclusively before federal courts, as authorized by D.C. Ct. App. R. 49(c)(3).