UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| BETHANY R. SCAER and STEPHEN SCAER, | : |
| Plaintiffs, | : Case No. 1:24-cv-277-LM-TSM |
| v. | : |
| CITY OF NASHUA, *et al.*, | : |
| Defendants. | : |

**NOTICE OF APPEARANCE**

Endel Kolde of the Institute for Free Speech files this notice of appearance as counsel for Plaintiffs and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Plaintiffs, and requests CM/ECF notifications of filings in this case.

Dated: September 6, 2024      Respectfully submitted,

/s/ Endel Kolde
Endel Kolde*
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW, Suite 801
Washington, D.C. 20036
(202) 301-3300
dkolde@ifs.org

*Pro hac vice*

*Counsel for Plaintiff*