AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| BETHANY R. SCAER and STEPHEN SCAER,<br><br>*Plaintiff(s)*<br>v.<br>CITY OF NASHUA, a municipal corporation; JAMES W. DONCHESS, Mayor, in his official and individual capacities; JENNIFER L. DESHAIES, Risk Manager, in her official and individual capacities,<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-277-LM-TSM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jennifer L. Deshaies
38 Joppa Rd
Merrimack, NH 03054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Roy S. McCandless
ROY S. MCCANDLESS, ESQ., PLLC
125 North State Street
Concord, New Hampshire 03301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/6/2024

**with ECF Notice attached.**

**DANIEL J. LYNCH, Clerk**

By: /s/ MeganCahill, Deputy Clerk

**Sep 06, 2024**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-277-LM-TSM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jennifer L. Deshaies
was received by me on *(date)* September 6, 2024.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On September 10, Nashua's Corporation Counsel, Steven Bolton, agreed to accept service on behalf of Jennifer L. Deshaies. I conveyed the summons and legal process electronically to Bolton and Nashua's Legal Department later that same day: September 10.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9/11/2024

Server's signature

Nathan J. Ristuccia, Esq.
*Printed name and title*

1150 Connecticut Ave NW, Suite 801, Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc: