# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| BETHANY R. SCAER and STEPHEN SCAER, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF NASHUA, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-277-LM-TSM |

**UPDATED CERTIFICATE OF SERVICE FOR MOTION FOR PRELIMINARY INJUNCTION**

I hereby certify that, on September 6, 2024, Nashua's Corporation Counsel, Steven Bolton, agreed to accept service on behalf of the City of Nashua, and that, on September 10, 2024, he agreed to accept service on behalf of Defendants James W. Donchess and Jennifer L. Deshaies. I transmitted the motion for preliminary injunction, proposed order, declarations, and attached exhibits to Mr. Bolton electronically on September 9 and again on September 10.

Executed under penalty of perjury.

Dated: September 11, 2024

/s/ Nathan J. Ristuccia
Nathan J. Ristuccia