## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| BETHANY R. SCAER and STEPHEN SCAER, : | |
| : | |
| Plaintiffs, : | |
| : | Case No. 1:24-cv-00277-LM-TSM |
| v. : | |
| : | |
| CITY OF NASHUA, a municipal corporation; JAMES W. DONCHESS, Mayor, City of Nashua, in his official and individual capacities; JENNIFER L. DESHAIES, Risk Manager, City of Nashua, in her official and individual capacities, : | |
| : | |
| Defendants. : | |

## NOTICE OF UNAVAILABILITY

NOW COMES the Plaintiffs Bethany R. Scaer and Stephen Scaer, by and through their attorney Roy S. McCandless, Esq., of Roy S. McCandless, Esq, PLLC, and respectfully submits this notice of unavailability to this honorable Court stating:

1. Plaintiffs' in state counsel will be out of the country starting September 13, 2024, until October 15, 2024.

2. Local Rules require local counsel's presence at hearings. A request for a preliminary injunction has been filed on behalf of the plaintiffs.

3. I request that the court schedule any hearing until my return on October 15 to avoid any conflicts in the schedule.

WHEREFORE, Plaintiffs' respectfully requests that this Honorable Court:

    A. Accept this notice of unavailability for Plaintiffs' in state counsel;

    B. Schedule any hearings on the motion for preliminary injunction to a date after October 16, 2024; and

    C. Grant any other such relief as justice requires.


Dated: September 13, 2024        Respectfully submitted,

                  By:    */s/ Roy S. McCandless*

Endel Kolde               Roy S. McCandless
Washington Bar No. 25155    New Hampshire Bar No. 11850

Nathan Ristuccia           ROY S. MCCANDLESS, ESQ., PLLC
Virginia Bar No. 98372       125 North State Street
INSTITUTE FOR FREE SPEECH  Concord, New Hampshire 03301
1150 Connecticut Avenue, N.W.  603.841.3671, Ext. 101
Suite 801               roysmccandless@gmail.com
Washington, DC 20036
202.301.3300
dkolde@ifs.org
nristuccia@ifs.org


## CERTIFICATION


    I hereby certify that on September 13,2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.


                       /s/ Roy S. McCandless
                       Roy S. McCandless