## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| BETHANY R. SCAER and STEPHEN SCAER,<br><br>    Plaintiffs<br><br>v.<br><br>CITY OF NASHUA, a municipal, Corporation; JAMES W. DONCHESS, Mayor, City of Nashua, in his official and Individual capacities; JENNIFER L. DESHAIES, Risk Manager, City of Nashua, in her official and individual capacities,<br><br>    Defendants. | Civil No.: 1:24-cv-00277-LM-TSM |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel to Defendant Jennifer L. Deshaies, in this matter. I am admitted or otherwise authorized to practice in this court.

Respectfully submitted,

Dated:  September 18, 2024          By: */s/ Kat Mail*
                                                          Kat Mail (NH Bar # 274914)
                                                          Preti Flaherty Beliveau & Pachios, PLLP
                                                          57 North Main Street
                                                          P.O. Box 1318
                                                          Concord, NH 03302-1318
                                                          (603) 410-1500
                                                          kmail@preti.com

22248405.1

## CERTIFICATE OF SERVICE

    I, Kat Mail, Esq., attorney for Defendant Jennifer L. Deshaies, hereby certify that on this day, I served a copy of this Notice of Appearance to all parties of record via the Court's ECF system.

Dated:  September 18, 2024                    By: */s/ Kat Mail*