# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| BETHANY R. SCAER and STEPHEN SCAER, <br><br> Plaintiffs <br><br> v. <br><br> CITY OF NASHUA, a municipal, Corporation; JAMES W. DONCHESS, Mayor, City of Nashua, in his official and Individual capacities; JENNIFER L. DESHAIES, Risk Manager, City of Nashua, in her official and individual capacities, <br><br> Defendants. | Civil No.: 1:24-cv-00277-LM-TSM |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendant Jennifer L. Deshaies in the above-captioned matter.

Dated:  September 18, 2024            By: */s/ Peter G. Callaghan*
                                             Peter G. Callaghan (NH Bar # 6811)
                                             Preti Flaherty Beliveau & Pachios, PLLP
                                             P.O. Box 1318
                                             Concord, NH 03302-1318
                                             (603) 410-1500
                                             pcallaghan@preti.com

## CERTIFICATE OF SERVICE

I hereby certify this 18th day of September 2024 copies of the within document have been served on all parties of record electronically via ECF.

                                             */s/ Peter G. Callaghan*
                                             Peter G. Callaghan

1

22248397.1