**Exhibit A**

## CITY HALL FLAGPOLE POLICY

The flagpoles on city hall grounds shall henceforth be exclusively controlled by city government. The city shall determine what flags will be flown and during what time periods and does not seek input from other sources. The flagpoles are not public fora open to others for expression but are solely for city government to convey messages it chooses.

All previous policies related to flagpoles on city hall grounds are hereby repealed.

10/7/24
Date

James W. Donchess, Mayor