## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

BETHANY R. SCAER and STEPHEN : 
SCAER, :
                               :
           Plaintiffs, :
                               :      Case No. 1:24-cv-00277-LM-TSM
v. :
                               :
CITY OF NASHUA, *et al.*, :
                               :
           Defendants. :
                               :
                               :

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF INDIVIDUAL CAPACITY CLAIMS**

Notice is hereby given that Plaintiffs Beth and Stephen Scaer voluntarily dismiss without prejudice the individual capacity claims against Defendants James W. Donchess and Jennifer L. Deshaies, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The official capacity claims against Defendants Donchess and Deshaies, as well as the claims against the City of Nashua, remain unchanged.

Dated: October 14, 2024                           Respectfully submitted,

/s/ Roy S. McCandless                             /s/ Nathan J. Ristuccia
Roy S. McCandless                                 Nathan J. Ristuccia*†
New Hampshire Bar No. 11850                       Virginia Bar No. 98372
ROY S. MCCANDLESS, ESQ., PLLC                     Endel Kolde*
125 North State Street                            Washington Bar No. 25155
Concord, New Hampshire 03301                      INSTITUTE FOR FREE SPEECH
Tel: (603) 841-3671, Ext. 101                     1150 Connecticut Ave., NW
Fax: (603) 513-2799                               Suite 801
roysmccandless@gmail.com                          Washington, D.C. 20036
                                                  Tel: (202) 301-3300
                                                  Fax: (202) 301-3399
                                                  nristuccia@ifs.org
                                                  dkolde@ifs.org

                                                  *Pro hac vice to be filed

                                                  Counsel for Plaintiff


### CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2024, a copy of the foregoing document was

served on all counsel of record, using the Court's CM/ECF system.

Dated: October 14, 2024

                                                       s/ Nathan J. Ristuccia

---

† Not a D.C. Bar Member but providing legal services in the District of Columbia
exclusively before federal courts, as authorized by D.C. Ct. App. R. 49(c)(3).