**Exhibit M**



Enable Google Translate

Case 1:24-cv-00277-LM-TSM   Document 26-3   Filed 10/17/24   Page 2 of 3

# City Hall Plaza Events

The plaza in front of City Hall may be provided for use by persons or group to have an event. This potential use of the City Hall Plaza is not intended to serve as a forum for free expression by the public. Any message sought to be permitted will be allowed only if it is in harmony with city policies and messages that the city wishes to express and endorse. This policy recognizes that an event in front of City Hall will be deemed by many as City support for the sentiment thereby expressed, city administration reserves the right to deny permission it considers contrary to the City's best interest. All City Hall Plaza Events must be submitted for approval and follow all guidelines and procedures provided below.

Effective 10/7/2024, the flagpoles on city hall grounds shall henceforth be exclusively controlled by city government. The city shall determine what flags will be flown and during what time periods and does not seek input from other sources. The flagpoles are not public or open to others for expression but are solely for city government to convey messages it chooses. All previous policies related to flagpoles on city hall grounds are hereby repealed.

## For More Information

For more information, please contact the Risk Management office at 603-589-3350.

- 2022_SPECIAL EVENT APPLICATION
- 2022_SPECIAL EVENT PROCEDURES
- 20241007 Flag Pole Policy

## Contact Us

**Risk Management**

**Physical Address**
229 Main Street
Nashua, NH 03060

Enable Google Translate

**Mailing Address**
P.O. Box 2019
Nashua, NH 03061

Phone: [603-589-3350](#)

Fax: 603-589-3359

[Directory](#)

Government Websites by [CivicPlus®](#)

Enable Google Translate