UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| BETHANY R. SCAER and STEPHEN SCAER,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF NASHUA, *et al.*,<br><br>　　　　Defendants. | Case No. 1:24-cv-00277-LM-TSM |

**PLAINTIFFS' NOTICE RE PRELIMINARY INJUNCTION**

　　The Court should be aware of a development that impacts the motion for preliminary injunction. On Monday, October 21, Nashua Alderman Derek Thibeault sent a newsletter to his constituents in which, among other things, he called for the repeal of the city's flagpole program. *See* Ex. O. Later that day, Thibeault sent a second email clarifying his statement. *See* Ex. P. At the Board of Aldermen meeting on October 22, Thibeault repeated the opinions expressed in his emails. Nashua has placed a recording of this Board of Aldermen meeting online at https://youtu.be/pMMJE1gNoxI?t=3276. Alderman Thibeault's remarks occur at 55:20-57:30. Plaintiffs submit Thibeault's emails to ensure a full record for this Court's decision on the pending motion.

| | |
|---|---|
| Dated: October 28, 2024 | Respectfully submitted, |
| /s/ Roy S. McCandless<br>Roy S. McCandless<br>New Hampshire Bar No. 11850<br>ROY S. MCCANDLESS, ESQ., PLLC<br>125 North State Street<br>Concord, New Hampshire 03301<br>Tel: (603) 841-3671, Ext. 101<br>Fax: (603) 513-2799<br>roysmccandless@gmail.com | /s/ Nathan J. Ristuccia<br>Nathan J. Ristuccia*†<br>Virginia Bar No. 98372<br>Endel Kolde*<br>Washington Bar No. 25155<br>INSTITUTE FOR FREE SPEECH<br>1150 Connecticut Ave., NW<br>Suite 801<br>Washington, D.C. 20036<br>Tel: (202) 301-3300<br>Fax: (202) 301-3399<br>nristuccia@ifs.org<br>dkolde@ifs.org<br><br>*Pro hac vice to be filed<br><br>Counsel for Plaintiff |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2024, a copy of the foregoing document was served on all counsel of record, using the Court's CM/ECF system.

Dated: October 28, 2024

                                                                                                                                          s/ Nathan J. Ristuccia

---

† Not a D.C. Bar Member but providing legal services in the District of Columbia exclusively before federal courts, as authorized by D.C. Ct. App. R. 49(c)(3).