From: **Derek Thibeault** <thibeaultfornashua@gmail.com>
Date: Mon, Oct 21, 2024 at 8:19 AM
Subject: Ward 8 Newsletter Week of 10/21/2024
To:

Good morning,

Sorry for the late response; it was a busy weekend. Last week was a slow week for meetings, but this week will pick up. The BOA meeting does not have much on the agenda this week, but the Human Affairs, Infrastructure, and Zoning Board all have controversial issues.

First, Human Affairs will debate the Human Rights resolution that some want us to pass. I still don't see this as something the city should be involved with. We cannot control the Middle East conflict from a city perspective.

At Infrastructure, the barriers will be discussed. We will be given a presentation on how the barriers impact usage. We have an app that tracks cell phones and how long someone is outside at a restaurant. We ARE NOT tracking any other personal data. This has been transparent, we have discussed cost and data from the app previously. We will be able to see over time the use. The proposed ordinance also has an increase of fees to use the parking spaces from $500 to $1000. If passed, I would like to maybe shorten the season a bit. I am not on this committee but may go to it as I expect the people who dislike the barriers to come out in full force and I also have some questions I would like to ask.

Lastly, the Disc Golf Course at Roby Park is at the Zoning board looking for an exemption to be able to continue building. Again, I expect the abutters to be out in full force. I have been for this. I think it should go forward. The abutters have really done a nice job of stopping its advancement, as this was planned before I took office 3 years ago. If you are passionate either way, you may want to attend.

**Citizen Flag Pole**

Another controversial issue is the citizen's flag pole. There was a push in the recent past by a couple of citizens to get their flag for Protecting Women's Sports and Anti-Transition Day put up at City Hall. These had been denied by city staff as being not fit with the city's values. They are not pro-people they are anti-people. Recently, they tried to get the Pine Tree flag flown, saying it was for people who fought at the Battle of Bunker Hill. It was also a flag used at the Jan 6th event. No one before that ever tried to put this flag up. This was also denied by City Hall and now they are suing the city. One of them is currently running for election to the State Senate. The mayor has not repealed the citizen flag pole which had been reported in the press but has updated some language, nothing has changed and the city is still being sued. So, nothing really changed except the policy was not repealed. I have been for repealing it just to avoid dealing with figuring out what constitutes appropriate and not. I have been to many flag raisings, I enjoy them, but having to deal with suits may not be worth it.

**New Crosswalk Signal Approved**

I forgot to mention this but an approval has gone through for a crosswalk signal at the corner of DW Highway and Spitbrook. There was a crosswalk but no signal. This literally crosses from Ward 8 into Ward 7 or vice versa. Alderman Sennott took the lead on this, and I was happy to co-sponsor. Should be done once the equipment comes in.

**Highlights of Past Week's Meetings**

**Finance Committee:** https://www.youtube.com/watch?v=UwMQSNU-CH4

**Planning Board:** https://www.youtube.com/watch?v=j3f0uiGJ56Y

**Aldermanic Meetings for the Week Ending 10/26/2024**

Just a reminder, all meetings can be found on Comcast Channel 16 and 1075 live and on YouTube the next day.

**Highlights:**

·       Adding, going forward, the Joint School Board Committee meetings to this table as it has become a topic of conversation. I always included it below, but I haven't highlighted it or included the video afterward.

·       Disc Golf

·       Human Rights Declaration

·       BARRIERS!

| Monday 10/21/2024 7:00 PM | **Human Affairs Committee –** Aldermanic Chamber, Nashua City Hall<br><br>**Agenda:** https://www.nashuanh.gov/AgendaCenter/ViewFile/Agenda/_10212024-7362<br><br>**Legislation:**<br><br>R-24-082 RELATIVE TO THE ACCEPTANCE OF UP TO $610,000 FROM THE STATE OF NEW HAMPSHIRE<br><br>DEPARTMENT OF SAFETY HOMELAND SECURITY GRANT PROGRAM INTO POLICE GRANT ACTIVITY "FY25 HOMELAND SECURITY GRANTS" NEW BUSINESS – ORDINANCES TABLED IN COMMITTEE |
|---|---|

|  | R-24-075 RECOGNIZING THE UNITED NATIONS' UNIVERSAL DECLARATION OF HUMAN RIGHTS AND URGING THE RESPONSIBLE AND MORAL OVERSIGHT OF AND ACCOUNTABILITY FOR MILITARY EQUIPMENT USED BY INTERNATIONAL ALLIES |
|---|---|
| Tuesday 10/22/2024 7:30 PM | **Board of Alderman -** Aldermanic Chamber, Nashua City Hall<br><br>**Agenda:** https://www.nashuanh.gov/AgendaCenter/ViewFile/Agenda/_10222024-7364<br><br>**Legislation:**<br><br>R-24-082 RELATIVE TO THE ACCEPTANCE OF UP TO $610,000 FROM THE STATE OF NEW HAMPSHIRE DEPARTMENT OF SAFETY HOMELAND SECURITY GRANT PROGRAM INTO POLICE GRANT ACTIVITY "FY25 HOMELAND SECURITY GRANTS"<br><br>R-24-090 RELATIVE TO THE ADOPTION OF THE CITY OF NASHUA HAZARD MITIGATION PLAN 2024 UPDATE |
| Tuesday 10/22/2024 6:30 PM | **Zoning Board –** 3rd Fl Auditorium, Nashua City Hall<br><br>**Agenda:** https://www.nashuanh.gov/AgendaCenter/ViewFile/Agenda/_10222024-7351?html=true<br><br>**Properties:**<br><br>Joseph P. & Lisa A. Law (Owners) 25 Pelham Street (Sheet F Lot 247) requesting variance from Land Use Code Section 190- 17 (E)(1) to maintain existing maximum driveway width, 24 feet permitted, 36 feet existing. R9 Zone, Ward 1.<br><br>Woodlands at Nashua, LLC (Owner) Metro Sign & Awning (Applicant) 3 Sapling Circle (Sheet A Lot 27) requesting the following variances from Land Use Code Section 190-101, Table 101-7: 1) to exceed maximum number of ground signs, 1 permitted, 2 proposed; 2) to exceed maximum ground sign area, 10 square feet permitted, a total of 59.57 square feet proposed; 3) to encroach 9 feet into the 10 foot required front yard setback for both proposed signs; 4) to |

| | |
|---|---|
| | exceed maximum ground sign height for proposed sign at "location #1", 6 feet permitted, 7'- 3" proposed; and, 5) to encroach into ground sign setback from intersecting right-of-way's, 25 feet required, 10 feet proposed for both ground signs. RC Zone, Ward 8.<br><br>Wild Rose Condo's & Mahboud Kavoosi (Owners) "L" Pine Hill Road and 23 Wild Rose Drive (Sheet F Lot 33) requesting special exception from Land Use Code Section 190-112 to work in a 40-foot "other" wetland buffer to plant 6 trees. R30 (PRD) Zone, Ward 1.<br><br>City of Nashua (Owner) "L" Spit Brook Road, Roby Park (Sheet B Lot 2189) requesting special exception from Land Use Codes 190-134 and 190-112 to work in a critical wetland buffer to Planning & Zoning 589-3090<br><br>Fax 589-3119 WEB www.nashuanh.gov remove trees and brush, install nine wooden pedestrian bridges, tee pads, disc chain baskets, directional signage, wetland markers and trash barrels for a proposed 18-hole disc golf course. R18 Zone, Ward 9. |
| Wednesday<br>10/23/2024<br>7:00 PM | **Committee on Infrastructure -** Aldermanic Chamber, Nashua City Hall<br><br>**Agenda:** https://www.nashuanh.gov/AgendaCenter/ViewFile/Agenda/_10232024-7363<br><br>**Discussion:** Parking Garages Update<br><br>**Legislation:**<br><br>O-24-034 ASSIGNING THE PINE STREET EXTENSION PARKING LOT TO ZONE III<br><br>O-24-036 RELATIVE TO SEASONAL ROAD CLOSURES AND ELIMINATION OF CERTAIN ON-STREET PARKING FOR EXTENDED OUTDOOR DINING AND OTHER NON-VEHICULAR USE |
| Thursday<br>10/24/2024 | **Joint Special School Building Committee –** Nashua North High School, Nashua |

| | |
|---|---|
| 7:00 PM | |

**OTHER MEETINGS FOR THE WEEK ENDING OCTOBER 26, 2024**

**MONDAY 10/21/2024**

11:30 AM Board of Public Works Retirement System Trustees [848 West Hollis Street](#)

6:00 PM Board of Education – Curriculum Committee Nashua High North

**TUESDAY 10/22/2024**

6:00 PM Board of Education – Policy Committee Nashua High North

**WEDNESDAY 10/23/2024**

12:00 PM Cultural Connections Committee Auditorium

**THURSDAY 10/24/2024**

**FRIDAY 10/25/2024**

8:00 AM Pennichuck Water Works, Inc. Board Meeting 25 Walnut Street

8:05 AM Pennichuck East Utility, Inc. Board Meeting 25 Walnut Street

8:15 AM Pittsfield Aqueduct Company, Inc. Board Meeting 25 Walnut Street

8:20 AM Pennichuck Corporation Board Meeting (includes an anticipated non-public 25 Walnut Street

Session)

9:30 AM CTAB Budget Subcommittee Aldermanic Chamber

****** All agendas can be found here: [https://www.nashuanh.gov/agendacenter](https://www.nashuanh.gov/agendacenter)

Have a great week!

Derek