# Exhibit P

From: **Derek Thibeault** <thibeaultfornashua@gmail.com>
Date: Mon, Oct 21, 2024 at 11:55 AM
Subject: Correction to Flag Comments
To:

Good morning, I hate sending you all too many emails, but I also don't want to send out misleading or wrong information. Sorry to fill up your inbox.

I heard from the city's legal department and this is what they said about the citizen flag policy.

"The old policy was repealed, and a new policy was instituted to make it even more clear that the flying of any flag on a city flagpole represented the position of the city and not any private individual/s."

So I misspoke but as you can see we never got any kind of press release or communication so trying to get the correct information was difficult. I thought what I had received was correct.

Thanks

Derek