UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
NOV 05 2024
FILED

Bethany R. Scaer and Stephen Scaer

v.

City of Nashua, et al.

Case # 1:24-cv-00277-LM-TSM

# EXHIBITS

OFFERED BY:
Defendant City of Nashua.

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| 1 (I/D) | City Hall Flagpole Policy dated October 7, 2024 |
| 2 (I/D) | June 14, 2024, email from Nick Scalera to Risk Management Dept. titled: Flag Raising Application |
| 3 (I/D) | Special Event Application – City Hall Plaza – Request to fly Palestinian Flag dated June 14, 2024 |
| 4 (I/D) | Letter dated June 24, 2024 from Risk Management to Mr. Scalera – response to request to fly Palestinian Flag: Denied |

USDCNH-25 (2-96)