**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| Scaer, *et al.*, ) | |
| ) | |
|    *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-00277 |
| ) | |
| City of Nashua, *et al.*, ) | |
| ) | |
|    *Defendants*. ) | |
| ) | |

### JOINT MOTION TO EXTEND DEADLINES ESTABLISHED IN THE COURT'S ORDER OF FEBRUARY 5, 2025

NOW COME the Parties, by and through Counsel, and jointly move to extend the deadlines established in the Court's Order of February 5, 2025. The basis for this joint motion is as follows:

The Motion for Preliminary Injunction remains pending and there is a strong likelihood of an appeal should the Court deny the Motion for Preliminary Injunction. The Parties agree that to avoid unnecessary legal expenses it makes sense to postpone discovery until after this Court issues its ruling on the Plaintiffs' Motion for Preliminary Injunction because if the Defendants prevail, the Plaintiffs have indicated their intent to appeal, which likely would necessitate a further amendment to the schedule and could alter the relevant issues. If the Plaintiffs prevail, the schedule will proceed as articulated in the attached Civil Form 3. The parties were unable to find a trial date until June 2026 due to the commitments of Defense Counsel and thus propose a trial at that time.

WHEREFORE, for the reasons set forth above, the parties respectfully request that this Honorable Court grant this motion and approve the amended schedule set forth in Civil Form 3.

Respectfully submitted,

Counsel for Plaintiffs

/s/Roy S. McCandless                              Dated: February 27, 2025
Roy S. McCandless
New Hampshire Bar No. 11850
ROY S. MCCANDLESS, ESQ., PLLC
125 North State Street
Concord, New Hampshire 03301
Tel: (603) 841-3671, Ext. 101
Fax: (603) 513-2799
roysmccandless@gmail.com

/s/ Nathan J. Ristuccia                           Dated: February 27, 2025
Nathan J. Ristuccia*[1]
Virginia Bar No. 98372
Endel Kolde*
Washington Bar No. 25155
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW
Suite 801
Washington, D.C. 20036
Tel: (202) 301-3300
Fax: (202) 301-3399
nristuccia@ifs.org
dkolde@ifs.org
*Pro hac vice

Counsel for City of Nashua, Defendant

/s/ Jonathan A. Barnes                            Dated: February 27, 2025
Steven A. Bolton, Esq. (NH Bar #67)
Celia K. Leonard, Esq. (NH Bar #14574)
Jonathan A. Barnes, Esq. (NH Bar #20061)
City of Nashua
Office of Corporation Counsel
229 Main Street, P.O. Box 2019
Nashua, NH 03061-2019
(603) 589-3250
boltons@nashuanh.gov
leonardc@nashuanh.gov
barnesj@nashuanh.gov

---

[1] Not a D.C. Bar Member but providing legal services in the District of Columbia exclusively before federal courts, as authorized by D.C. Ct. App. R. 49(c)(3).

Counsel for Jennifer L. Deshaies, Defendant

/s/ Peter G. Callaghan                                    Dated: February 27, 2025
Peter G. Callaghan, Esq. (NH Bar #6811)
Kat Mail, Esq. (NH Bar #274914)
Preti Flaherty, PLLP
P.O. Box 1318
Concord, NH 03302-1318
(603) 410-1500
pcallaghan@preti.com
kmail@preti.com

Counsel for Mayor James W. Donchess, Defendant

/s/ Michael A. Pignatelli                                 Dated: February 27, 2025
Michael A. Pignatelli (NH Bar #2026)
Adam B. Pignatelli (NH Bar #20211)
Rath, Young, and Pignatelli, P.C.
20 Trafalgar Square, Suite 307
Nashua, NH 02063
(603) 889-9952
Nashua, NH 03061-2019
map@rathlaw.com
abp@rathlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was served on all counsel of record through the Court's electronic filing system.

Dated: 2/27/25                                    /s/ Jonathan A. Barnes
                                                                   Jonathan A. Barnes