UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Scaer, *et al.*, | ) |
| | ) |
|     *Plaintiffs*, | ) |
| | ) |
| v. | )    Case No. 1:24-cv-00277 |
| | ) |
| City of Nashua, *et al.*, | ) |
| | ) |
|     *Defendants*. | ) |
| | ) |

**ATTACHMENT TO JOINT MOTION TO EXTEND DEADLINES ESTABLISHED IN THE COURT'S ORDER OF FEBRUARY 5, 2025**

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of Discovery | July 17, 2025 | August 18, 2025 |
| Disclosure of Plaintiffs' Experts and Experts' Written Reports | March 3, 2025 | April 3, 2025 |
| Disclosure of Defendants' Experts and Experts' Written Reports | April 4, 2025 | May 5, 2025 |
| Joinder of Additional Parties by the Plaintiffs | April 14, 2025 | May 14, 2025 |
| Joinder of Additional Parties by the Defendants | April 14, 2025 | May 14, 2025 |
| Third-Party Actions | March 14, 2025 | April 14, 2025 |
| Amendment to Pleadings by the Plaintiffs | April 14, 2025 | May 14, 2025 |
| Amendment to the Pleadings by the Defendants | May 14, 2025 | June 16, 2025 |
| Motions to Dismiss | March 13, 2025 | April 14, 2025 |
| Motions for Summary Judgment | August 11, 2025 | September 12, 2025 |
| Trial | December 9, 2025 | June 16, 2026[1] |

---

[1] Due to counsel for the Defendants' having scheduling conflicts, the earliest date where everyone is currently available would be the week of June 16, 2026.