UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| BETHANY R. SCAER and STEPHEN SCAER<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NASHUA, a municipal corporation; JAMES W. DONCHESS, Mayor, City of Nashua, in his official and individual capacities; JENNIFER L. DESHAIES, Risk Manager, City of Nashua, in her official and individual capacities,<br><br>Defendants. | Civil Action No. 1:24-cv-00277-LM-TSM |

## **ATTACHMENT TO ASSENTED – TO MOTION TO EXTEND DEADLINES**

| | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclosure of Plaintiffs' Experts and Experts' Written Reports | April 3, 2025 | May 19, 2025 |
| Disclosure of Defendants' Experts and Experts' Written Reports | May 5, 2025 | June 19, 2025 |
| Joinder of Additional Parties (by Plaintiffs and Defendants | May 14, 2025 | June 30, 2025 |
| Third-Party Actions | April 14, 2025 | May 29, 2025 |
| Plaintiffs' Amendment of Pleadings Deadline | May 14, 2025 | June 30, 2025 |
| Defendants' Amendment of Pleadings Deadline | June 16, 2025 | July 31, 2025 |
| Completion of Discovery | August 18, 2025 | October 2, 2025 |
| Motions to Dismiss | April 14, 2025 | May 29, 2025 |
| Motions for Summary Judgment | September 12, 2025 | October 27, 2025 |

22855790.1