# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| BETHANY R. SCAER and STEPHEN SCAER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NASHUA, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-00277-LM-TSM |

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs Beth and Stephen Scaer now appeal to the U.S. Court of Appeals for the First Circuit from the order of the U.S. District Court for the District of New Hampshire, entered on March 28, 2025, denying Plaintiffs' motion for preliminary injunction for failure to show likelihood of succeed on the merits.

Defendants and their counsel are receiving notice of this appeal via notice of electronic filing.

| | |
|---|---|
| Dated: April 4, 2025 | Respectfully submitted, |
| <u>/s/ Roy S. McCandless</u><br>Roy S. McCandless<br>New Hampshire Bar No. 11850<br>ROY S. MCCANDLESS, ESQ., PLLC<br>125 North State Street<br>Concord, New Hampshire 03301<br>Tel: (603) 841-3671, Ext. 101<br>Fax: (603) 513-2799<br>roysmccandless@gmail.com | <u>/s/ Nathan J. Ristuccia</u><br>Nathan J. Ristuccia*†<br>First Circuit Bar No. 1216360<br>Endel Kolde*<br>Washington Bar No. 25155<br>INSTITUTE FOR FREE SPEECH<br>1150 Connecticut Ave., NW<br>Suite 801<br>Washington, D.C. 20036<br>Tel: (202) 301-3300<br>Fax: (202) 301-3399<br>nristuccia@ifs.org<br>dkolde@ifs.org<br><br>**Pro hac vice*<br><br>*Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2025, a copy of the foregoing document was served on all counsel of record, using the Court's CM/ECF system.

Dated: April 4, 2025

<u>  s/ Nathan J. Ristuccia  </u>

---

† Not a D.C. Bar Member but providing legal services in the District of Columbia exclusively before federal courts, as authorized by D.C. Ct. App. R. 49(c)(3).