UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 24-cv-277-LM-TSM

2. TITLE OF CASE: Scaer et al. v. Nashua, NH City of et al.

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Landya McCafferty

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **March 28, 2025**

8. DATE OF NOTICE OF APPEAL: **April 4, 2025**

9. FEE PAID or IFP :YES

10. COURT APPOINTED COUNSEL: Not Applicable

11. COURT REPORTER(S):  and DATES: Motion Hrg. 11/5/2024 – Susan Bateman

12. TRANSCRIPTS ORDERED/ON FILE: YES

13. HEARING/TRIAL EXHIBITS: YES

14. MOTIONS PENDING: -

15. GUIDELINES CASE: Not Applicable

16. RELATED CASES or CROSS APPEAL:

17. SPECIAL COMMENTS: