UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| BETHANY R. SCAER and STEPHEN SCAER<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF NASHUA, a municipal corporation; JAMES W. DONCHESS, Mayor, City of Nashua, in his official capacity; JENNIFER L. DESHAIES, Risk Manager, City of Nashua, in her official capacity,<br><br>    Defendants. | Civil Action No. 1:24-cv-00277-LM-TSM |

### DEFENDANTS' JOINT REPLY TO PLAINTIFFS' BRIEF IN RESPONSE TO DEFENDNANTS' MOTION TO DISMISS THE OFFICIAL CAPACITY CLAIMS

Defendants City of Nashua, Mayor James W. Donchess, and Jennifer L. Deshaies ("Defendants"), respectfully submit the following Reply to Plaintiffs' Brief in Response to Defendants' Motion to Dismiss the Official Capacity Claims Against the Individual Defendants:

Plaintiffs' official capacity claims against Defendants are wholly redundant. There is more than mere "overlap" between the claims — the Complaint makes no allegations against the Mayor or against Ms. Deshaies that are not also brought against the City. And this makes sense: allegations against official capacity defendants are really, by their nature, claims against the municipality. To that end, Defendants have no issue making the common-sense and unremarkable "concessions" Plaintiffs refer to on the first page of their Brief. If the official capacity claims are dismissed, (1) any relief granted against the City of Nashua would operate against its Mayor and

22962904.2

Risk Management Offices regardless of whether those offices experience personnel turnover, and (2) the scope of discovery will remain the same.

Plaintiffs attempt to overcomplicate settled law by relying exclusively on out-of-jurisdiction authority, while ignoring this Court's clear rulings in *Traudt* and *Signs for Jesus*. Nearly half the brief is devoted to the irrelevant fact that the City and official-capacity Defendants retained separate counsel. This point is legally meaningless at best, and inappropriate at worst. And the suggestion that separate counsel implies a conflict or alters the nature of Plaintiffs' own claims is incorrect.

Plaintiffs appear to agree that, because any decision against the City is binding upon its departments and because the scope of discovery will remain the same, their claims are redundant. For this reason, the official-capacity claims should be dismissed with prejudice.

                                                Respectfully submitted,

                                                JENNIFER L. DESHAIES, Defendant

                                                By her attorneys,

Dated: May 6, 2025                    By: /s/*Kat Mail*_____
                                                Kat Mail, NH Bar No. 274914
                                                Peter G. Callaghan, NH Bar No. 6811
                                                Preti Flaherty, PLLP
                                                P.O. Box 1318
                                                Concord, NH 03302-1318
                                                (603) 410-1500
                                                kmail@preti.com
                                                pcallaghan@preti.com

                                                CITY OF NASHUA, Defendant

                                                By its Attorneys,

Dated:  May 6, 2025                   */s/ Jonathan A. Barnes*_____
                                                Steven A. Bolton, Esq. (NH Bar #67)
                                                Celia K. Leonard, Esq. (NH Bar #14574)
                                                Jonathan A. Barnes, Esq. (NH Bar #20061)

                                                  City of Nashua
Office of Corporation Counsel
229 Main Street, P.O. Box 2019
Nashua, NH 03061-2019
(603) 589-3250
boltons@nashuanh.gov
leonardc@nashuanh.gov
barnesj@nashuanh.gov

JAMES W. DONCHESS, Defendant

By his attorneys,

Dated: May 6, 2025                        /s/*Michael A. Pignatelli*
Michael A. Pignatelli, NH Bar No. 2026
Adam B. Pignatelli, NH Bar No. 20211
Rath, Young and Pignatelli, PC
20 Trafalgar Square #307
Nashua, NH 03063
(603) 889-9952
map@rathlaw.com
abp@rathlaw.com

## CERTIFICATE OF SERVICE

I hereby certify this 6th day of May, 2025, copies of the within document have been served on all parties of record electronically via ECF.

                                              /s/*Kat Mail*
Kat Mail